IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONA L. MCKEEHAN,

     Appellant,

v.

MATTHEW C. MCKEEHAN,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4918

Opinion filed May 3, 2017.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Ross A. Keene, Pensacola, for Appellant.

Gregory D. Smith, Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.